UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **RICHARD PHILLIPS,** | ) | |
| | ) | |
| Plaintiff, | ) | CIV 04-2163 PHX  JWS |
| | ) | |
| vs. | ) | ORDER AND OPINION |
| | ) | |
| **ABBOTT LABORATORIES, INC.,** | ) | [Re: Motion at Docket  16] |
| | ) | |
| Defendant. | ) | |
| | ) | |

At docket 16, plaintiff Richard Phillips moves for leave to voluntarily dismiss his complaint pursuant to Federal Rule of Civil Procedure 41(a)(2).  At docket 18, defendant Abbott Laboratories, Inc., responds to the motion, stating that defendant does not object to a dismissal of this matter either with or without prejudice.

A motion for voluntary dismissal pursuant to Rule 41(a)(2) should be granted unless a defendant shows that it will suffer legal prejudice as a result of the dismissal.[1] Here, defendant makes no showing of legal prejudice.  Furthermore, a dismissal under Rule 41(a)(2) is generally without prejudice unless otherwise specified in the order.[2]

---

[1] *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001).

[2] *Id.* at 976; FED. R. CIV. P. 41(a)(2).

For the reasons set out above, plaintiff's motion at docket 16 for leave to voluntarily dismiss his complaint is **GRANTED**, and this matter is **DISMISSED WITHOUT PREJUDICE.**

DATED at Anchorage, Alaska, this 12th day of October 2005.

                                            /s/
                              JOHN W. SEDWICK
                      UNITED STATES DISTRICT JUDGE